AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| WARNER BROS., *et al.* | ) | **APPEARANCE** |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | CASE NUMBER |
| | ) | |
| DOES 1 - 6, | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of <u>Matthew J. Oppenheim</u> as counsel in this case for: <u>WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and VIRGIN RECORDS AMERICA, INC.</u>

October 18, 2007
*Date*

<u>443698</u>
BAR IDENTIFICATION

*Signature*

Matthew J. Oppenheim
*Printed Name*

Oppenheim Group
7304 River Falls Drive
*Address*

Potomac, MD  20854
*City/State/Zip*

(301) 299-4986        (866) 766-1678
*Phone No.*        *Fax No.*