UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
WARNER BROS. RECORDS INC.,         )
                       et al,      )
                                   )
            Plaintiffs,            )
                                   )
       v.                          )   Civil Action No. 07-1878 (EGS)
                                   )
DOES 1-6,                          )
                                   )
            Defendants.            )
_____)

## ORDER

Upon consideration of plaintiffs' Motion for Leave to Take Expedited Discovery, the applicable law, and for the reasons articulated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs may serve a Rule 45 subpoena upon Georgetown University to obtain the true identity of each Doe defendant who has allegedly infringed plaintiffs' copyrighted works. The subpoena must be limited to information sufficient to identify each defendant, including each defendant's true name, current and permanent addresses and telephone numbers, email address, and Media Access Control ("MAC") address; and it is

**FURTHER ORDERED** that any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights as set forth in the complaint; and it is

**FURTHER ORDERED** that if Georgetown University is served with a Rule 45 subpoena in this case, it shall provide written notice to the Doe defendants within five (5) business days; and it is

**FURTHER ORDERED** that any defendant who wishes to move to quash the subpoena, must do so before the return date of the subpoena which shall be 25 days from the date of service; and it is

**FURTHER ORDERED** that Georgetown University shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash; and it is

**FURTHER ORDERED** that plaintiffs shall provide Georgetown University with a copy of the Memorandum Opinion and Order in this case along with its subpoena.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**November 26, 2007**